RUSSELL S. BERTRAND *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DONALD T. JONES *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 58 *N. J. Super.* 273.

*Mr. David Weinick* for the petitioners.

*Mr. George A. Wood* and *Mr. Irwin J. Silverlight* for the respondents.

February 15, 1960.   Denied.

BERNARD M. HARTNETT, PLAINTIFF-RESPONDENT, v. HARRY J. THOUROT *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Isadore Glauberman* and *Messrs. Stein, Stein & Engel* for the petitioners.

*Mr. Murray Greiman* and *Mr. Jerome C. Eisenberg* for the respondent.

February 15, 1960.   Denied.